IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                      |   |               |
|--------------------------------------|---|---------------|
| JAMES CIFERNI,                       | : | CIVIL ACTION  |
| Plaintiff,                           | : |               |
| v.                                   | : | No. 09-3594   |
| MADISON LTD, DOMINIC GREICO,         | : |               |
| and ROBERT SMITH,                    | : |               |
| Defendants.                          | : |               |

## **O R D E R**

**AND NOW**, this 29th day of September, 2010, upon consideration of the Motion for Summary Judgment filed by Defendants Madison, LTD, Dominic Gricco (identified in Plaintiff's Complaint as "Dominic Greico") and Robert Smith (Doc. No. 14), and the Response and Reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE